

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 27, 2014

**BY HAND**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Chambers 1630
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/14

      Re:    <u>United States v. Fadlallah-Cheaitelly et al.</u>
              S4 11 Cr. 133 (TPG)

Dear Judge Griesa:

      The Government writes, with the consent of defendants Jorge Fadlallah-Cheaitelly, Jaime Edery, and Roberto Chavez, to respectfully request that the Court adjourn the pretrial conference currently scheduled for March 4, 2014 until May 20, 2014 at 4:30. Fadlallah-Cheaitelly's attorney is currently on trial and therefore unable to attend the conference. In addition, the defendants are reviewing discovery and the parties are discussing pretrial resolutions of this matter.

      The Government also moves to exclude from the Speedy Trial Act's operation the time between March 4 and May 20, 2014, in the interests of justice, to ensure continuity of counsel, to afford the defendants adequate time to review discovery, and to afford the parties time to discuss a possible resolution of this matter short of trial. <u>See</u> 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Defense counsel have expressly consented to such an exclusion on their clients' behalf.

                            Respectfully submitted,

                            PREET BHARARA
*Approved.*           United States Attorney
*Thomas P. Griesa*
*USDJ*
*2/28/14*           By:
                            Michael Ferrara
                            Assistant U.S. Attorney
                            212-637-2526

Cc:    Avraham C. Moskowitz, Esq.; Lawrence M. Herrmann, Esq.; Louis Fasulo, Esq.