

**M&B**

MOSKOWITZ & BOOK, LLP

Avraham C. Moskowitz
AMoskowitz@mb-llp.com

345 Seventh Avenue, 21st Floor
New York, NY 10001
Phone: (212) 221-7999
Fax: (212) 398-8835

RECEIVED
MAY 15 2014
CHAMBERS OF
JUDGE GRIESA

May 13, 2014

Hon. Thomas P. Griesa
United States District Judge
Eastern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/14

    Re:   United States v. Cheaitelly
           S4. 11 Cr. 133 (TPG)

Dear Judge Griesa:

    This letter is respectfully submitted on behalf of the defendant Hassan Ali Cheaitelly to request an adjournment of the status conference scheduled for May 20, 2014. The adjournment will enable the parties to continue their plea discussions in an attempt to resolve the matter without a trial.

    I have spoken to AUSA Michael Ferrara and to counsel for both co-defendants and all have advised me that they have no objection to the requested adjournment. I have spoken to Mr. Beale, Your Honor's courtroom deputy, who informed me that August 11, 2014 at 4:30 p.m. may be a convenient date for the Court. If the Court is willing to grant the requested adjournment, please return a "So Ordered" copy of this letter to me at the Court's earliest convenience.

    Thank you in advance for your consideration of this request.

                                       Respectfully submitted,

                                       Avraham C. Moskowitz

ACM:bgb

cc: All Counsel of Record (by e-mail)

*approved*
Thomas P. Griesa
USDJ
5/19/19