

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 16, 2015

**BY ECF**

The Honorable Thomas P. Griesa
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Chambers 1630
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/17/15

    Re:    **United States v. Fadlallah-Cheaitelly et al.**
            **S4 11 Cr. 133 (TPG)**

Dear Judge Griesa:

    The Government writes, with the consent of defendants Jorge Fadlallah-Cheaitelly, Jaime Edery, and Roberto Chavez, through counsel, to respectfully request that the Court adjourn for approximately 30 days the pretrial conference currently scheduled for February 19. The defendants continue to review discovery and contemplate motions, and the parties are discussing pretrial resolutions of this matter.

    The Government also moves to exclude from the Speedy Trial Act's operation the time between today and the next conference, in the interests of justice, to afford the defendants adequate time to prepare motions and review discovery, and to afford the parties time to discuss a possible resolution of this matter short of trial. See 18 U.S.C. § 3161(h)(7)(A). Defense counsel have expressly consented to such an exclusion on their clients' behalf.

*The pretrial conference of 2/19/15 at 4:30 PM is adjourned to 3/20/15 at 4 PM. Time excluded as to all Defendants.*

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  /s/ Michael Ferrara
Assistant U.S. Attorney
212-637-2526

Cc:    Avraham C. Moskowitz, Esq.
       Lawrence M. Herrmann, Esq.
       Louis Fasulo, Esq.

*So Ordered:* /s/ Thomas P. Griesa
HON. THOMAS P. GRIESA, USDJ
2-17-2015